The STATE, Respondent, v. HERMAN JIM HALE, Petitioner.

(332 S. E. (2d) 533)

Supreme Court

## ORDER

July 16, 1985.

The petition for writ of certiorari to the Court of Appeals is denied.

Bobbie HUDSON, Petitioner, v. DAN RIVER, INC./ WOODSIDE DIVISION, Respondent.

(332 S. E. (2d) 533)

Supreme Court

Aug. 1, 1985.

## ORDER DISMISSING APPEAL

The above entitled cause is pending on appeal in this Court. It now appears that Petitioner wishes to withdraw the appeal and moves the Court for an Order dismissing the appeal.

It is ordered that the above captioned appeal be and hereby is dismissed.